# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 05-1053-CV-W-FJG |
| ) | |
| SONYA Y. JOHNNEY a/k/a ) | |
| SONYA Y. TAYLOR, ) | |
| ) | |
| Defendant. ) | |

## **DEFAULT JUDGMENT**

Currently pending before the Court is plaintiff's Motion for Entry of Default Judgment against Sonya Y. Johnney a/k/a Sonya Y. Taylor (Doc. # 6). Plaintiff states that defendant continues to be indebted to plaintiff on Count I in the principal sum of $2,815.31, plus accrued interest of $3,405.41 to May 9, 2006, plus interest thereafter on said principal at the rate of 8% annum to date of judgment. On Count II, plaintiff states that defendant is indebted in the principal sum of $2,829.05, plus accrued interest of $3,324.16 to May 9, 2006, plus interest on said principal at the rate of 8% per annum to date of judgment and on Count III in the principal sum of $4,699.24, plus accrued interest of $5,166.67 to May 9, 2006, plus interest thereafter on said principal at the rate of 5.41% per annum to date of judgment.

Defendant filed a response, acknowledging the debt, but stating that she is not able to repay it at this time as she is confined to a wheelchair and is not employed and has only enough money for room and board. Defendant stated that she has gone through the proper medical channels to request that her loans be discharged because

of her disability. On November 8, 2006, the Court asked defendant to provide additional information regarding what steps she has taken to have her loan discharged and the results of her efforts. Defendant filed a response on November 17, 2006, stating that her application had twice been denied, but that she had submitted another application. On December 20, 2006, the Court requested that defendant file a response indicating what the current status of her application is and provide the Court with a copy of her most recent application and any response she has received from the Department of Education. Defendant was to submit this information to the Court on or before January 15, 2007. To date, defendant has failed to provide the Court with any additional information or otherwise respond to the Court's Order or request an extension of time to do so.

Therefore, it is hereby **ORDERED** that a default judgment is entered against defendant and in favor of plaintiff on Count I in the amount of $2,815.31, plus accrued interest of $3,405.41 to May 9, 2006, plus interest on said principal at the rate of 8% per annum on the principal sum to the date of judgment; on Count II in the principal sum of $2,829.05, plus accrued interest of $3,324.16 to May 9, 2006, plus interest thereafter on said principal at the rate of 8% per annum to the date of judgment and on Count III in the principal sum of $4,699.24, plus accrued interest of $5,166.67 to May 9, 2006, plus interest thereafter on said principal at the rate of 5.41% per annum to the date of judgment, plus, post-judgment interest on the total amount of Counts I, II and III as provided by 28 U.S.C. § 1961(b), until the judgment debt is paid in full, plus plaintiff's

2

costs in the amount of $270.00, as allowed pursuant to 28 U.S.C. §§ 1914(a), 1920, 1923 and 2412(a)(2).


Date: 2/13/07
Kansas City, Missouri

**S/ FERNANDO J. GAITAN, JR.**
Fernando J. Gaitan, Jr.
Chief United States District Judge